JAMES HENDERSON, Respondent, *v.* SYRACUSE, LAKE SHORE AND NORTHERN RAILROAD COMPANY, Appellant.

*Henderson* v. *Syracuse, L. S. & Northern R. R. Co.*, 152 App. Div. 953, affirmed.

(Argued April 1, 1914; decided April 21, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 16, 1912, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the killing of cows belonging to plaintiff through the alleged negligence of defendant.

*William Nottingham* for appellant.

*Louis L. Waters* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, HOGAN, HORNBLOWER and CARDOZO, JJ.